FILED
10 FEB 23 AM 9:20

CLERK, U.S. ... COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**UNITED STATES OF AMERICA**

-vs-

**RICHARD CLAVATON WALTMAN**

Case Number: 2:04-CR-8-FTM-29DNF

USM Number: 33758-018

Martin DerOvanesian, AFPD
1514 Broadway, Ste. 301
Fort Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number(s) One and Two of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Conspiracy to Possess with Intent to Distribute 500 Grams or More of Cocaine, occurring on or about July 1, 2009 while on supervision in violation of the conditions of supervision | July 1, 2009 |
| Two | Possession with Intent to Distribute 500 Grams or More of Cocaine, occurring on July 1, 2009, while on supervision in violation of the conditions of supervision | July 1, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

2/16/2010

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

February 23, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **20 Months to run consecutively with the sentence imposed in 2:09-CR-53-FTM-29SPC.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

**SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED**